## No. 17,367.

AVERY ET AL. *v.* CITY OF FORT COLLINS ET AL.

(278 P. [2d] 1017)

Decided January 17, 1955.

Mr. LLOYD E. WILLIAMS, for plaintiffs in error.

Mr. ARTHUR E. MARCH, Mr. O. REX WELLS, Mr. ALDEN T. HILL, Mr. RALPH H. COYTE, Mr. WILLIAM H. ALLEN, Mr. WILLIAM C. STOVER, for defendants in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.